ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DALE ANN VERNON,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I-V, inclusive,<br><br>     Defendants. | CASE NO. 3:20-cv-00145-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS SPECIFIC CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED, by and among Plaintiff DALE ANN VERNON and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective counsel of record, to dismiss with prejudice specific causes of action in Plaintiff's Complaint.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Second Cause of Action (Bad Faith Breach of the Implied Covenant of Good Faith and Fair Dealing) is hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Third Cause of Action (Violation of the Trade Practices and Frauds Act 686A.310, NAC 686A, *et seq.*) is hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Third Claim for Relief

4828-0249-2865.1

(Punitive Damages) is hereby dismissed with prejudice.

DATED this 16 day of October, 2020

LAW OFFICE OF WILLIAM R. KENDALL

By: /s/ William R. Kendall
William R. Kendall, Esq.
Nevada Bar No. 3453
137 Mt. Rose St.
Reno, NV 89509
*Attorney for Plaintiff*

DATED this 21st day of October, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Cheryl A. Grames
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

Dated this 26th day of October, 2020.

_____
**UNITED STATES DISTRICT JUDGE**